# IN THE UNITED STATES DISTRICT COURT
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| KHADEJAH AHMED, )<br>On behalf of herself and all others )<br>similarly situated )<br>)<br>Plaintiffs-Appellees, )<br>)<br>)<br>VS )<br>)<br>6420 ROSWELL ROAD, INC., )<br>d.b.a FLASHERS )<br>HARRY FREESE )<br>)<br>Defendants-Appellants. ) | Case No. 1:13-cv-02757-RWS |

## STATUS REPORT

Appellee Harry Freese has filed a Chapter 13 Bankruptcy Case 17-56755 in the U.S. Bankruptcy Court for the Northern District of Georgia. The Automatic Stay pursuant to Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 262 is still in effect, and no motions to lift the stay are pending.

Defendant-Appellant 6420 ROSWELL ROAD, INC dba FLASHERS has filed Chapter 11 Bankruptcy Case 17-56753 in the U.S. Bankruptcy Court for the Northern District of Georgia. The Automatic Stay pursuant to Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 262 is still in effect, and no motions to lift the stay are pending.

This 2nd day of August, 2017

__/s_____
Howard P. Slomka, Esq.
GA Bar 652875
Slipakoff & Slomka, LLP
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
(678) 732-0001
hs@myatllaw.com